UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LYNN ZELVIN,

                            Plaintiff(s)

            -against-

STEVEN ALAN HOLDINGS, LLC
                            Defendant(s)

------------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

**1:23-cv-08025-ER**

       LYNN ZELVIN hereby declares as follows:

1. I am the Plaintiff in this action.

2. This action was commenced pursuant to 28 U.S.C §1331 and 42 U.S.C §1218.

3. The time for defendant(s), STEVEN ALAN HOLDINGS, LLC, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), STEVEN ALAN HOLDINGS, LLC has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) STEVEN ALAN HOLDINGS, LLC to answer or otherwise move has not been extended.

5. That defendant(s) STEVEN ALAN HOLDINGS, LLC is not an infant or incompetent. Defendant(s) STEVEN ALAN HOLDINGS, LLC is not presently in the military service of the United States as appears from facts in this litigation.

       WHEREFORE, plaintiff STEVEN ALAN HOLDINGS, LLC requests that the default of defendant(s) STEVEN ALAN HOLDINGS, LLC be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: February 28, 2024

By: **/s/ Mars Khaimov**
Mars Khaimov, Esq.
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
Tel (929) 324-0717
Fax (929) 333-7774
Email: mars@khaimovlaw.com
*Attorney for Plaintiff*
