

**Mars Khaimov Law, PLLC**

100 Duffy Avenue, Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

April 5, 2024

**MEMO ENDORSED**

Re:   Case 1:23-cv-08025-ER, Zelvin v. Steven Alan Holdings, LLC
      <u>Plaintiff's Request for Adjournment of Show Cause Hearing</u>

Dear Judge Ramos:

    Plaintiff respectfully submits this letter to seek an adjournment of the Show Cause Hearing currently scheduled for April 9, 2024. Plaintiff's counsel will be in Texas and unavailable to appear in person on April 9, 2024. As such, Plaintiff respectfully requests a fourteen (14) day adjournment of the Show Cause Hearing to April 23, 2024, or a date more convenient to the Court. Plaintiff will ensure to serve Defendant with the adjournment date expeditiously if granted. In the alternative, Plaintiff respectfully requests that the Show Cause Hearing be held telephonically.

    We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

<u>/s/ Mars Khaimov</u>
Mars Khaimov, Esq.
Attorneys for Plaintiff

Cc: all Counsel of record on ECF

---

The April 9 show cause hearing is adjourned to April 23, 2024, at 11 a.m. in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:   4/8/2024
New York, New York