**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

LYNN ZELVIN,

                      Plaintiff,                  Case No. 1:23-cv-8025

                -against-           **STATEMENT OF DAMAGES**

STEVEN ALAN HOLDINGS, LLC

                Defendant,
---------------------------------------------------------------X

**Compensatory Damages,** pursuant to New York State Human Rights Laws

("NYSHRL"); N.Y. Civ. Rights Law § 40-D ………………………………….$1,500.00

**Costs and Disbursements**

    Clerk's Fee …………………………………………………………...$402.00
    Process Server fee for service …………………………………..….. $225.00
    Expert Report fee…………………………………………………..$500.00

    Attorney Fees (Rate $450 per hour):

      Conference with Client                       (2 hour- $900)
      Draft and File Summons and Complaint      (2.5 hour- $1,125)
      Conference and review report with Expert   (1/2 hour- $225)
      Motion for Default Judgment              (2 hours- $900)
      Court Appearance……………………………………(1 hour $450)

   Total …………………………………………………………….. $6,227.00

Dated: May 14, 2024

                                              **/s/ *Mars Khaimov***

                                        By: Mars Khaimov, Esq.
                                        Mars Khaimov Law, PLLC
                                        100 Duffy Ave., Suite 510
                                        Hicksville, NY 11801
                                        mars@khaimovlaw.com