**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

LYNN ZELVIN,

                    Plaintiff,

                                     Case 1:23-cv-8025

 -against-                           ~~PROPOSED~~ **DEFAULT JUDGMENT**


STEVEN ALAN HOLDINGS, LLC

                    Defendant,

_____


This action having been commenced on September 11, 2023, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, on October 13, 2023, and a proof of service having been filed on November 14, 2023, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

                      **ORDERED, ADJUDGED AND DECREED:**

        a.     A preliminary and permanent injunction to prohibit Defendant from violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, _et seq.,_ N.Y. Exec. Law § 296, _et seq.,_ N.Y.C. Administrative Code § 8-107, _et seq._, and the laws of New York, is hereby granted as follows:

A preliminary and permanent injunction requiring Defendant to take all the steps necessary to make its Website into full compliance with the

requirements set forth in the ADA, and its implementing regulations, so that

the Website is readily accessible to and usable by blind individuals;

b.      A declaration that Defendant owns, maintains and/or operates its

Website in a manner that discriminates against the blind and which fails to provide

access for persons with disabilities as required by Americans with Disabilities Act,

42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq*., N.Y.C. Administrative

Code § 8-107, *et seq*., and the laws of New York;

c.      Compensatory damages in the amount of $1,500 including all applicable

statutory and punitive damages and fines, to Plaintiff ~~and the proposed class~~

~~and subclasses~~ for violations of their civil rights under New York State

Human Rights Law and City Law;

d.      Pre and post-judgment interest;

e.      An award of costs and expenses of this action, in the amount of

$1,127, as well as attorneys' fees in the amount of $ 3,600;

f.      ~~A hearing to be held in the courthouse to determine the specific amount of~~

~~damages, civil penalties, and reasonable attorney fees; and~~

g.      ~~Such other and further relief as this Court may deem just, proper and~~

~~equitable~~.

June 3, 2024
Dated:  New York, New York

_____
Hon. Edgardo Ramos
United States District Judge